Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| Taylor Bartholomew, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **Case Number:** 23-1418 |
| | ) |
| Matthew Smith, Dennis Wertz, Josh Kein, | ) |
| and Woodward County Correctional | ) |
| Facility, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Taylor Bartholomew's action against Defendants Matthew Smith, Dennis Wertz, Josh Kein and Woodward County Correctional Facility is dismissed with prejudice; Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated:**    4/29/24

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court